IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLENE RABREN,                                )<br>                                                 )<br>     Plaintiff,                                 )<br>                                                 )<br>     v.                                         )<br>                                                 )<br>                                                 )<br>HARLEYSVILLE LIFE                                )<br>INSURANCE COMPANY,                               )<br>and CUSTOM DISABILITY                            )<br>SOLUTIONS, a division of                         )<br>Reliance Standard Life                           )<br>Insurance Co.,                                   )<br>                                                 )<br>     Defendants.                                 ) | CIVIL ACTION NO.<br>2:17cv147-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of plaintiff's notice of voluntary dismissal with prejudice (doc. no. 17), which the court construes as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that the motion to dismiss is granted, and this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of July, 2017.

                              /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**